UNITED STATES OF AMERICA :

v. : Case No. 8:25-CR-337-MSS-CPT

MICHAEL MARTINI :

## **NOTICE OF APPEARANCE**

Undersigned counsel, on behalf of the Defendant, MICHAEL MARTINI, files his notice of appearance as counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addressed set forth below.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND & WISE
LAW GROUP
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2025, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND & WISE
LAW GROUP
Counsel for the Defendant
