# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-337-MSS-CPT | **DATE:** | July 10, 2025 |
| **HONORABLE THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MARTINI | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Candace Rich, AUSA | |
| | | **DEFENSE COUNSEL**<br>Bjorn Brunvand, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME** 3:32 PM - 3:36 PM | **TOTAL:** 4 MINS | **PRETRIAL:** | Gabrielle McCoy |
| | | **COURTROOM:** | 12A |

## PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT

Defendant provided a copy of the Indictment. Waived formal reading of indictment.

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral Order of Due Process.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: September 2025 beginning week of September 2, 2025, at 9:00, before MSS.

STATUS Reports: 15th of each month.

Oral motion for discovery. Oral motion for reciprocal discovery. Both motions granted.

Referred to Magistrate Judge Tuite for pretrial discovery order. Pretrial discovery order to be electronically filed.

**<u>Detention:</u>**

Government: Seeking custody. Proffer of counsel.

Defendant: Reserves on the matter to seek conditions of release with the filing of an appropriate motion.

Court: The Defendant is detained as a danger to the community and remanded to the custody of USMS.