# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Michael Martini

)
)
)
)
)
)
)

Case No. 8:25-cr-337-MSS-CPT

_____
Defendant

**ARREST WARRANT**

RCVD USMS M/F TAMPA
2025 JUL 9 AM 9:53

JUL 11 2025 AM 11:17
FILED - USDC - FLMD - TPA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Michael Martini                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 21 U.S.C. § 846.
Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1).

Date: 7/9/25

City and state:     Tampa, FL

*Issuing officer's signature*
Gabriella Lobaina

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/9/25 , and the person was arrested on *(date)* 7/10/25
at *(city and state)* Pinellas County Jail .

Date: 7/10/25

*Arresting officer's signature*

Clinton Stearn   Detective
*Printed name and title*