# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE No. 8:25-cr-337-MSS-CPT

MICHAEL MARTINI

_____

## ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the Defendant's initial appearance. For the following reasons, the Defendant should be detained without bail.

The Defendant was indicted one count of Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl and one count of Distribution of Fentanyl. The Government requested that the Defendant be detained. The Defendant did not challenge the Government's request for detention at this time but requested, and was granted, the right to have the matter of bail reconsidered on the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1.     That defendant, MICHAEL MARTINI, shall be **DETAINED** without bond.

2.   That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3.     That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4.   That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 11th day of July, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE