UNITED STATES OF AMERICA

v.                                    CASE NO. 8:25-cr-337-MSS-CPT

ALEXANDER TOLON

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1.      An Indictment is pending in this Court against Alexander Tolon in the above styled case, and it is set for Initial Appearance/Arraignment as to said defendant at Tampa, Florida, on August 26, 2025 at 10:00am.

2.      The defendant is now confined in Falkenburg Road Jail.

3.      It is necessary to have said defendant before this Court for Initial Appearance/Arraignment as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance/Arraignment, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Falkenburg Road Jail,

and also directing the said Warden, of the Falkenburg Road Jail, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: August 5, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     /s/ Candace Garcia Rich
        Candace Garcia Rich
        Assistant United States Attorney
        Florida Bar No. 0027792
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: Candace.Rich@usdoj.gov

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To:        William B. Berger, Sr.
          United States Marshal

From:     Candace Rich
          Assistant United States Attorney

Subject:   AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name:     Alexander Tolon

AKA:

DOB or Age:  45       Race: W        Sex: Male

Booking No: 2025-13661        BOP No:      FBI No:

Federal/State Charges: State

Institution's Phone No.: 813-247-8300

Case Agent: Corey Doster     Agency: FBI     Phone No: 312-965-7857

Other Special Handling, Medical, or Separatee Information: Please keep separate from co-defendant Michael Martini.

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**