UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-337-MSS-CPT

ALEXANDER TOLON

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the Falkenburg Road Jail

It appearing from the petition of the United States of America that the defendant in the above case, Alexander Tolon, is confined in Falkenburg Road Jail at Tampa, Florida, and that this case is set for Initial Appearance/Arraignment as to said defendant on August 26, 2025, at 10:00am, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Alexander Tolon now detained in custody as aforesaid, under safe and secure conduct, before this Court on August 26, 2025, at Tampa, Florida, by or before 10:00am, for Initial Appearance/Arraignment on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Falkenburg Road Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Alexander Tolon with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Falkenburg Road Jail.

DONE and ORDERED at Tampa, Florida, this ___ day of August, 2025.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge