# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:25-cr-337-MSS-CPT

ALEXANDER TOLON

_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Any United States Marshal and the Warden of the Falkenburg Road Jail.

It appearing from the government's petition that Defendant Alexander Tolon is confined at the Falkenburg Road Jail, located at 520 N. Falkenburg Rd, Tampa, Florida 33619, that this case is set for an initial appearance and arraignment on August 26, 2025, at 10:00 a.m., and that it is necessary for the Defendant to be before the Court for said proceedings:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the Defendant now detained in custody as aforesaid, under safe and secure conduct, before the Court on August 26, 2025, in Tampa, Florida, by or before 10:00 a.m., for an initial appearance and arraignment on criminal charges pending against him in this cause.

And, this is to command you, Warden of the Falkenburg Road Jail, to deliver into custody of any United States Marshal, upon production to you of a certified copy

of this writ, the body of the Defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case, you return the Defendant with all convenient speed, under safe and secure conduct, to the custody of the Warden of the Falkenburg Road Jail.

SO ORDERED in Tampa, Florida, this 7th day of August 2025.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
United States Marshals Service

2