# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:25-cr-337-MSS-CPT |
| Alexander Tolon | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Alexander Tolon                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 21 U.S.C. § 846.
Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1).


Date:  7/9/25

*Issuing officer's signature*

Gabriella Lobaina

City and state:     Tampa, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7/9/25 , and the person was arrested on *(date)*  8/12/25 at *(city and state)*  Hillsborough County FL . |
| Date:  8/12/25 |
| *Arresting officer's signature* |
| E. Morales  DUSM |
| *Printed name and title* |