# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-cr-337-MSS-CPT | **DATE:** | August 12, 2025 |
| **HONORABLE AMANDA A. SANSONE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER TOLON | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Candace Rich – AUSA | |
| | | **DEFENSE COUNSEL**<br>Howard Williams – AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME** 2:21 AM – 2:29 PM | **TOTAL:** 8 Minutes | **PRETRIAL:** | N/A |
| | | **COURTROOM:** | 10B |

**PROCEEDINGS: INITIAL APPEARANCE & ARRAIGNMENT**

Defendant provided a copy of the Indictment. Waived formal reading of indictment.

The court summarizes the charges and advises the Defendant of Rule 5 rights.

Oral Order of Due Process.

Oral motion for counsel. Motion granted, and the public defender's office is appointed.

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

TRIAL TERM: October 6, 2025, at 9:00 am

STATUS REPORT: September 15, 2025

Oral motion for discovery.  Oral motion for reciprocal discovery. Both motions granted.

Referred to Magistrate Judge Tuite for pretrial discovery order.  Pretrial discovery order to be electronically filed.

## Detention:

Government: Seeking detention. Proffer of counsel.

Defendant: Reserves the right to seek conditions of release with the filing of an appropriate motion.

Court: The Defendant is ordered detained as the issue of bond is moot.

Defendant remanded to the custody of USMS.

Court adjourned.