# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Alexander Tolon<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 8:25-cr-337-MSS-CPT

**ARREST WARRANT**

AUG 15 2025 PM2:27
FILED - USDC - FLMD - TPA

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Alexander Tolon                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of 21 U.S.C. § 846.
Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1).

Date:   7/9/25

City and state:     Tampa, FL

*Issuing officer's signature*

Gabriella Lobaina

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*   7/9/25   , and the person was arrested on *(date)*   8/12/25
at *(city and state)*   Hillsborough County FL   .

Date:   8/12/25

*Arresting officer's signature*

E. Morales   DUSM
*Printed name and title*