UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-cr-337-MSS-CPT

ALEXANDER TOLON

_____/

## ORDER OF DETENTION

This cause is before the Court on the question of the Defendant's detention or release pending trial. Defendant stands indicted on one count of Conspiracy and one count of Distribution of a Controlled Substance (Doc. 1). The government seeks to detain the Defendant, and the Defendant has deferred on the matter, electing to reserve the right to address the issue of his release at a later date.

According to the information in the record and as confirmed by counsel at the Defendant's detention hearing, the Defendant was sentenced to 330 days in county jail with no credit. In situations such as this, the question of bail appears moot. Accordingly, the Court directs that the Defendant be detained. Counsel may revisit the matter of the Defendant's release by subsequent motion should the circumstances warrant such relief.

The Defendant is hereby committed to the custody of the Attorney General or

his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for consultation with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED in Tampa, Florida, this 22nd day of August 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

Copies to:
Counsel of record