**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                   **Case No.: 8:25-cr-337-MSS-CPT**

**ALEXANDER TOLON**_____/

### WAIVER OF SPEEDY TRIAL

COMES NOW, the Defendant, Alexander Tolon, by and through his undersigned counsel, and hereby freely and voluntarily waives his right to a speedy trial under 18 U.S.C. §3161 and the United States Constitution up to and including February 28, 2026, regarding the Indictment filed herein.

EXECUTED this __28_ day of __August__, 2025.

_____                    _____
Alexander Tolon                                          Ryan J. Maguire, Esq.
Defendant                                                   Assistant Federal Defender
                                                                 Counsel for the Defendant

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Candace Garcia Rich, AUSA

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

*/s/ Ryan J. Maguire*___
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org