# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-cr-00337-MSS-CPT

MICHAEL MARTINI

_____/

## WAIVER OF SPEEDY TRIAL RIGHTS

I, MICHAEL MARTINI, hereby waive my speedy trial rights, as set forth in

18 U.S.C. § 3161 and the Sixth Amendment to the United States Constitution,

through May 31, 2026 in the instant case.

_____
MICHAEL MARTINI

DATE: 09/09/2025

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 9, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ *J. Jervis Wise*
J. JERVIS WISE, ESQ.
Brunvand and Wise Law Group
Attorney for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No. (727) 446-7505
Facsimile No. (727) 446-8147
Email: jervis@acquitter.com
Florida Bar No. 0019181