UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA : 

v. : Case No. 8:25-CR-337-MSS-CPT

MICHAEL MARTINI :

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, MICHAEL MARTINI, by and through undersigned counsel, hereby moves this Honorable Court to continue the trial scheduled for the February 2026 trial docket until the May 2026 trial docket, 2025, and as grounds therefore, states as follows:

1. Undersigned counsel has identified two separate confidential forensic experts who will be retained this week.

2. The experts will require a reasonable time to review the discovery and autopsy report, related data and slides. One of the experts will be unavailable most of the month of January 2026.

3. Undersigned counsel has a busy trial schedule with multiple trials scheduled during the January through April time frame.

4. Counsel has discussed this motion with assistant federal defender Ryan Maguire and he joins in the motion to schedule this matter for trial in May of 2026.

5. Counsel has discussed this motion with AUSA Candace Rich, and she has no objection to the requested continuance.

6. Defendant has already filed a signed waiver of speedy trial through May 2026.

7. Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the trial until the May 2026 trial term.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
Michael Martini

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2025, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

> *s/ Bjorn E. Brunvand*
> BJORN E. BRUNVAND, ESQ.
> BRUNVAND, WISE & FARINELLA
> LAW GROUP
> Counsel for the Defendant
> 615 Turner Street
> Clearwater, Florida 33756
> Telephone No.: (727)446-7505
> Facsimile No.: (727)446-8147
> Email: bjorn@acquitter.com
> Florida Bar No. 831077