UNITED STATES OF AMERICA

v. CASE NO. 8:25-cr-00337-MSS-CPT

MICHAEL MARTINI, and
ALEXANDER TOLON

## GOVERNMENT'S STATUS REPORT

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of July 14, 2025, the United States herein states as follows:

1. Brief summary of the case's status:

Both defendants were indicted on July 8, 2025, and charged with one count of conspiracy to distribute fentanyl resulting in death, and one count of distribution of fentanyl resulting in death. On July 11, Martini was ordered detained pending trial. On August 12, 2025, Tolon was also detained. Discovery has been provided to both defendants.

2. Possibility of a plea agreement as to each defendant:

To date, there have not been any discussions about a possible plea agreement with either defendant.

3. Number of days required for trial, for government's case-in-chief:

If this case were to proceed to trial, the parties agree it would take

approximately 3-4 days to try.

4.  Pending motions, dates on which they were filed, and whether they are

ripe for determination:

There are currently no pending motions.

5.  Potential speedy trial problems:

This case is currently set for trial in February, 2026. The defendants

have waived speedy trial through May 2026, and have filed an

unopposed motion requesting a May 2026 trial date.

The United States has consulted with counsel for the defendants herein and all

parties agree to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:  /s/ *Candace Garcia Rich*
Candace Garcia Rich
Assistant United States Attorney
Florida Bar No. 027792
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Candace.Rich@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bjorn Brunvand, Esq.
Ryan Maguire, Esq.

/s/ *Candace Garcia Rich*
Candace Garcia Rich
Assistant United States Attorney
Florida Bar No. 027792
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Candace.Rich@usdoj.gov