**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNTIED STATES OF AMERICA,
Plaintiff,

v. CASE NO.: 8:25-cr-337-MSS-CPT-2

ALEXANDER TOLON,
Defendant.
_______________________________________/

**NOTICE OF APPEARANCE**

**PLEASE BE ADVISED** that JASON REID, Esq. files this Notice of Appearance in the above-styled cause for the Defendant, ALEXANDER TOLON, and requests that copies of all notices, pleadings and proceedings be served to undersigned counsel, on this, the 12th day of September, 2026.

Respectfully submitted,

THE REID FIRM
**/S/JASON REID**
JASON REID, Esq.
Fla. Bar No. 28307
Attorney for the Defendant
912 7th Ave. E.
Bradenton, FL 34208
941-920-5662
F:813-538-1973
jreid@thereidlawfirm.com
attyjreid@icloud.com

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the United States Attorney's Office and the assigned AUSA.

THE REID FIRM
**/S/JASON REID**
JASON REID, Esq.
Fla. Bar No. 28307
Attorney for the Defendant
912 7th Ave. E.
Bradenton, FL 34208
941-920-5662
attyjreid@icloud.com
jreid@thereidlawfirm.com